**Order entered March 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01428-CV

**ENNIS REGIONAL MEDICAL CENTER AND PETER ANTHONY EVENBLY, R.N.,**
**Appellants**

**V.**

**BRENDA CRENSHAW, ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-07250**

## ORDER

The Court **GRANTS** appellants' March 25, 2013 unopposed motion for leave to file a supplemental brief. We **ORDER** the supplemental brief filed as of the date of this order. *See* TEX. R. APP. P. 38.7.

Appellees may file a responsive supplemental brief, which must be filed no later than 5:00 p.m., April 8, 2013.

/s/    MARY MURPHY
       PRESIDING JUSTICE